Law Offices of
O'CONNOR, SCHMELTZER & O'CONNOR
A Law Corporation
Lee P. O'Connor, Esq., SBN 90016
300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618-2936
Tel: (949) 753-0700; Fax: (949) 753-8069

Attorneys for Plaintiff, VICTOR VALLEY TRANSIT AUTHORITY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| VICTOR VALLEY TRANSIT AUTHORITY,<br><br>             Plaintiff,<br><br>vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY and DOES 1 through 25, inclusive,<br><br>             Defendants. | CASE NO: **5:21-cv-00074 JWH (KKx)**<br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Kenly Kiya Kato<br><br>**NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE SCHEDULING CONFERENCE**<br><br>**<u>Scheduling Conference</u>**<br>**Date: April 16, 2021**<br>**Time: 11:00 a.m.**<br>**Courtroom: 2** |

PLEASE TAKE NOTICE that the parties have settled this matter. The settlement is part of a global settlement of this action and the underlying actions and cross-actions in the suit entitled *Clark, et al. v. Victor Valley Transit Authority, et al.*, County of San Bernardino Superior Court, Case No. CIVDS1720560.

The underlying actions involve settlement with a minor and will require approval of a minor's compromise from the San Bernardino County Superior Court where the underlying action is pending. Due to this issue, the parties herein are unsure as to when the Stipulation of Dismissal can be filed in this action.

/

/

1

The parties propose that the court vacate the April 16, 2021 Scheduling Conference and propose either that (1) the court administratively close this matter and the parties will file the Stipulation of Dismissal when the conditions of settlement have been met, such as the approval of the minor's compromise; or (2) the court vacate the Scheduling Conference and set an OSC re Dismissal for six months from now with an order that if the case is not dismissed by that time, the parties will file a status report 5 court days before the OSC hearing.

IT IS SO STIPULATED.

DATED:   April /2, 2021              O'CONNOR, SCHMELTZER & O'CONNOR
                                     A Law Corporation

                                     By _____/s/ L.P. O'C_____
                                        LEE P. O'CONNOR
                                        Attorneys for Plaintiff,
                                        VICTOR VALLEY TRANSIT AUTHORITY

DATED:   April 12, 2021              SELMAN BREITMAN LLP


                                     By *Laura R. Ramos*
                                        LAURA R. RAMOS
                                        Attorneys for Defendant
                                        ZURICH AMERICAN INSURANCE COMPANY

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 Spectrum Center Drive, Suite 1550, Irvine, California 92618.

On **April 12, 2021**, I served the foregoing document described as **NOTICE OF SETTLEMENT AND STIPULATION AND [PROPOSED] ORDER TO VACATE SCHEDULING CONFERENCE** on the interested parties by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Elson S. Edson, Esq.<br>Laura R. Ramos, Esq.<br>SELMAN BREITMAN LLP<br>11766 Wilshire Blvd., Sixth Floor<br>Los Angeles, CA  90025-6538<br>Tel:  (310) 445-0800<br>Fax:  (310) 473-2525<br>E-Mail: eedson@selmanlaw.com<br>E-Mail: lramos@selmanlaw.com | Attorneys for Defendant<br>ZURICH AMERICAN INSURANCE COMPANY |

*Rev. 1/25/21*

_____ **BY MAIL:** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

_____ By **ELECTRONIC SERVICE** VIA _____ **(Company)** - I e-served via this company the designated recipients through electronic transmission of said documents, A certified receipt is issued to filing party acknowledging receipt by this company's system. Once this company has served all designated recipients, proof of electronic service is returned to the filing party. I designated the parties to receive the described document(s) pursuant to the list as maintained on this company's website.

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 12, 2021**, at Irvine, California.

*SStahl*
**STEPHANIE STAHL**