JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-00074-JWH (KKx) | Date | July 16, 2021 |
| Title | *Victor Valley Transit Authority v. Zurich American Insurance Company, et al.* | | |

Present: The Honorable  JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Lee P. O'Connor | Laura R. Ramos |

**Proceedings:** **VIDEO HEARING RE: STATUS CONFERENCE RE: SETTLEMENT**

Counsel state their appearances. The Court confers with counsel regarding the posture of the case. With the parties' consent, as stated on the record, this action is hereby **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Time: 00:04
Initials of Preparer: iv